DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAUN BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4630

[April 15, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 99-3203CF10A.

Shaun Brown, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* Affirmance is without prejudice to appellant filing a motion in accordance with Florida Rule of Criminal Procedure 3.800(a) as outlined by the Florida Supreme Court, if he can do so in good faith. *Williams v. State,* 957 So. 2d 600, 604 (Fla. 2007); *Wilkins v. State,* 110 So. 3d 479, 480 (Fla. 4th DCA 2013).

WARNER, GERBER and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***